# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY S. ROBERTS** : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 17-476 |
| v. : | |
| : | |
| **INSERVCO INSURANCE SERVICES, INC.** : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 25th day of September 2018, upon consideration of Defendant's Motion to Dismiss [Doc. No. 26], and the responses thereto, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Third Amended Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**